JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM S. GIBSON, | CV 08-04915-MMM(MANx) |
| Plaintiff(s), | ORDER OF DISMISSAL FOR |
| vs | LACK OF PROSECUTION |
| MICHAEL B. DONLEY, | (Pursuant to Local Rule 41) |
| Defendant(s). | |

On January 22, 2009, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than <u>February 2, 2009</u>.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: March 19, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE